```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

EDWIN L. PATILLO            :       CIVIL ACTION

    vs.                     :

TROY LEVI, WARDEN, et al.   :       NO. 08-CV-656

<u>ORDER</u>

AND NOW, this 12th day of May 2008, upon careful consideration of the motion for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice and Petitioner's formal objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The matter is transferred to the United States District Court for the District of New Jersey.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

                                      BY THE COURT:

                                      <u>s/J. Curtis Joyner</u>
                                      J. CURTIS JOYNER, J.